**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ALYSSA DALLOO,

Plaintiff,

Case No. 0:24-cv-60542-WPD

v.

CITIGROUP INC.,
dba Best Buy - Citi Bank,

Defendant.
_________________________/

**NOTICE OF PENDING SETTLEMENT**

Defendant, CITIBANK, N.A. ("Defendant"), through its undersigned counsel, hereby notifies this Court that Plaintiff, ALYSSA DALLOO and Defendant have reached a settlement in principal with regard to this action. The parties are in the process of finalizing the settlement and will promptly file a dismissal of this action upon performance of the same.

Dated this 2nd day of May, 2024.

*/s/ Andrew C. Wilson*
Louis M. Ursini, III, Esq.
Florida Bar No. 0355940
Primary: louis.ursini@arlaw.com
Secondary: lisa.stallard@arlaw.com
Chantal M. Pillay, Esq.
Florida Bar No. 108369
Primary: chantal.pillay@arlaw.com
Secondary: lisa.stallard@arlaw.com
ADAMS AND REESE LLP
100 North Tampa Street

Suite 4000
727-402-2880 (Telephone)
727-402-2887 (Facsimile)

Andrew C. Wilson, Esq.
Florida Bar No. 0103203
Primary: andrew.wilson@arlaw.com
Secondary: suellen.kerrigan@arlaw.com
ADAMS AND REESE LLP
2001 Siesta Dr., Suite 302
Sarasota, FL 34239
941-316-7600 (Telephone)
*Counsel for Defendant, Citibank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May, 2024, this document was electronically filed with Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

*/s/ Andrew C. Wilson*
Andrew C. Wilson, Esq.
Florida Bar No. 0103203